IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED
MAR 01 2022
Clerk, U.S. District Court
Eastern District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20CR64<br>Judge Jordan |
| WILLIAM ALAN STEUART (15) | § | |

**FACTUAL BASIS**

The IT IS HEREBY STIPULATED by **William Alan Steuart**, defendant herein, that the following facts are true and correct, and that he understands and agrees, with the express consent of his counsel, **Charley Davidson**, that this Factual Basis may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offense to which he is pleading guilty:

1. That the defendant, **William Alan Steuart**, who is changing his plea to guilty, is the same person charged in the Third Superseding Indictment.

2. That the events described in the Third Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. That there was a proceeding pending before a federal court.

4. That **William Alan Steuart** knew of the pending judicial proceeding.

5. That **William Alan Steuart** influenced, obstructed, or impeded, or endeavored to influence, obstruct, or impede the due administration of justice in that proceeding.

Factual Basis
Page 1

6. That **William Alan Steuart's** act was done "corruptly", that is, the defendant acted knowingly and dishonestly, with the specific intent to subvert or undermine the due administration of justice.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Third Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 02/28/22

*[signature]*
William Alan Steuart
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Third Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Third Superseding Indictment.

Dated: 2/28/22

*[signature]*
Charley Davidson
Attorney for the Defendant